FILED
2024 Apr-08 PM 12:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **Erika Riley-Cornutt,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:23-cv-00454-MHH |
| | ) |
| **The Board of Trustees of The University of Alabama,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

On March 21, 2024, this case was reassigned to the undersigned judicial officer. (Doc. 41). Before being reassigned, this matter was set for mediation on April 10, 2024. (Doc. 36). On March 15, 2024, The Board of Trustees of the University of Alabama asked the Court to vacate the order directing mediation pending the resolution of Ms. Riley-Cornutt's pending EEOC charge. The Board stated that because Ms. Riley-Cornutt's matter before the EEOC may overlap with matters discussed in mediation and because Ms. Riley-Cornutt's representation in the EEOC proceeding may create communication issues for the Board in a mediation in this case in which Ms. Riley-Cornutt is proceeding *pro se*, mediation currently is not practicable. (Doc. 37). Ms. Riley-Cornutt opposes the motion. (Doc. 38). On March 19, 2024, while the case still was assigned to her, Judge Manasco stayed this matter pending developments in the proceedings at the EEOC. (Doc. 39).

The April 10, 2024 mediation is included in the stay.  Therefore, the mediation set for April 10, 2024 is cancelled.  The parties shall please file a joint status report on or before Monday, July 8, 2024, updating the Court on the status of Ms. Riley-Cornutt's pending EEOC charge.

**DONE** and **ORDERED** this April 8, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE